

**ORIGINAL**



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
MARYLAND

| HARTFORD CASUALTY INSURANCE CO. | * | 2002 SEP 27 P 4:14 |
|---|---|---|
| Plaintiff(s) | * | Case No.: CCB 02 CV1720 |
| vs. | * | OFFICE AT BALTIMORE |
| MICHAEL WUGIN, ET AL. | * | BY _____ DEPUTY |
| Defendant(s) | | ___ FILED ___ ENTERED |
| ****** | | ___ LODGED ___ RECEIVED |

### MOTION FOR ADMISSION *PRO HAC VICE*

SEP 3 0 2002

I, __Brian P. Waagner__, am a member in good standing of the bar of this Court. My bar number is __14954__. I am moving the admission of

__Martin H. Myers__ to appear *pro hac vice* in this case as

counsel for __Defendants and Cross-Complainants: Adobe Systems Incorporated, Michael Wugin, and Michael Schneyer__

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of the State of California | 1987 |
| Northern District Courts of California | 1987 |
| Ninth Circuit Court of Appeals | 1987 |
| | |
| | |
| | |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                              Page 1 of 2

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

_____
Signature

Brian P. Waagner
Printed Name

Wickwire Gavin, P.C.
Firm

8100 Boone Blvd., Suite 700
Address
Vienna, VA 22182
703-790-8750
Telephone Number

703-448-1801
Fax Number

PROPOSED ADMITTEE

_____
Signature

Martin H. Myers
Printed Name

Gray Cary Ware & Freidenrich LLP
Firm

153 Townsend Street, Suite 800, San Francisco,
Address                California 94107

(415) 836-2500
Telephone Number

(415) 836-2501
Fax Number

********************************************************************

**ORDER**

☑ GRANTED    ☐ DENIED    Felicia C. Cannon    SEP 3 0 2002

9-30-02                   by _____
Date                      Clerk, United States District Court

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                Page 2 of 2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion was mailed, first-class, postage prepaid, on this 27th day of September 2002 to the following:

Gregory L. VanGeison, Esq.
Anderson, Coe & King LLP
201 North Charles Street, Suite 2000
Baltimore, MD 21201

Counsel for Plaintiff Hartford Casualty Insurance Company

Brian P. Waagner