


**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 SEP 27  P 4: 10

HARTFORD CASUALTY INSURANCE CO.     *

    Plaintiff(s)     *

    Case No.: CCB 02 CV1720

vs.     *

MICHAEL WUGIN, ET AL.     *

    Defendant(s)

\*\*\*\*\*\*

SEP 3 0 2002

### MOTION FOR ADMISSION *PRO HAC VICE*

I, Brian P. Waagner, am a member in good standing of the bar of this Court. My bar number is 14954. I am moving the admission of

M. Todd Jenks to appear *pro hac vice* in this case as

counsel for Defendants and Cross-Complainants: Adobe Systems Incorporated, Michael Wugin, Michael Schneyer

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of the State of California | 1996 |
| All District Courts of California | 1997 |
| Ninth Circuit Court of Appeals | 1997 |
| | |
| | |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Brian P. Waagner | M. Todd Jenks |
| Printed Name | Printed Name |
| Wickwire Gavin, P.C. | Gray Cary Ware & Freidenrich LLP |
| Firm | Firm |
| 8100 Boone Blvd., Suite 700 | 1755 Embarcadero Road, Palo Alto, CA 94303 |
| Address | Address |
| Vienna, VA 22182 | |
| 703-790-8750 | (650) 833-2000 |
| Telephone Number | Telephone Number |
| 703-448-1801 | (650) 833-2001 |
| Fax Number | Fax Number |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

☑ GRANTED   ☐ DENIED   **Felicia C. Cannon** CLERK U.S. DISTRICT COURT AT BALTIMORE, DISTRICT OF MARYLAND

_9-30-02_    _by [signature]_
Date         Clerk, United States District Court

FILED _____ ENTERED _____
LODGED _____ RECEIVED _____

SEP 3 0 2002

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed, first-class, postage prepaid, on this 27th day of September 2002 to the following:

Gregory L. VanGeison, Esq.
Anderson, Coe & King LLP
201 North Charles Street, Suite 2000
Baltimore, MD 21201

Counsel for Plaintiff Hartford Casualty Insurance Company

_____
Brian P. Waagner