IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY | ) ) ) | |
| v. | ) ) | Civil Action No. CCB-02-1720 |
| MICHAEL WUGIN, et. al. | ) ) ) | |

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

(1) the motion to dismiss (docket number 19-1) is **denied**;

(2) the motion to stay (docket number 19-2) is **granted**;

(3) this case shall be **stayed** pending resolution of action CV-810703 in Superior Court of the State of California, County of Santa Clara;

(4) this case shall be **administratively closed** pending resolution of the California action; and

(5) the Clerk shall send copies of this Order and the accompanying Memorandum to counsel of record.

2/11/03
Date

_____
Catherine C. Blake
United States District Judge