# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY | * |
| Plaintiff, | * |
| v. | *   Civil Action No. CCB 02 CV1720 |
| MICHAEL WUGIN, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties, by their undersigned counsel, stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that all claims in the above captioned action may be dismissed without prejudice, each party to bear its own costs.

_____/s/_____          _____/s/_____
Gregory L. VanGeison, Bar No. 07658      Brian P. Waagner, Bar No. 14954
Anderson, Coe & King, LLP                Wickwire Gavin, P.C.
201 North Charles Street                 8100 Boone Boulevard
Suite 2000                               Suite 700
Baltimore, Maryland 21201                Vienna, Virginia 22182
(410) 752-1630                           (703) 790-8750
                                         (Signed by Gregory L. VanGeison with
                                         permission of Brian P. Waagner)

*Attorney for Plaintiff, Hartford*        *Attorney for Defendants, Adobe Systems, Inc.,*
*Casualty Insurance Company*              *Michael Wugin, and Michael Schneyer*